AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC <br><br> *Plaintiff(s)* <br> v. <br> ASSURANT, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-357 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASSURANT, INC.
R/a Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark S. Raskin
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, New York 10110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED

CLERK OF COURT

Date: 11/9/20

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-357

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

*SERVICE RETURN ATTACHED*

I declare under penalty of perjury that this information is true.

Date: _____

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX  78701

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:20-CV-357

Plaintiff:
**Viking Technologies, LLC**

vs.

Defendant:
**Assurant, Inc.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by ATX Process, LLC on the 9th day of November, 2020 at 2:47 pm to be served on **Assurant, Inc. by serving its Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Erin Cuppett, being duly sworn, depose and say that on the **10th day of November, 2020** at **12:56 pm, I:**

delivered to the **REGISTERED AGENT** by delivering a true copy of the **Summons, Civil Cover Sheet, and Complaint for Patent Infringement with Exhibits 1 and 2** with the date of delivery endorsed thereon by me, to **Samantha Guerra, Corporation Service Company** as the designated agent to accept service of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Assurant, Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 10th day of November, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Erin Cuppett
PSC-13350, Exp. 12/31/2021
11/10/2020
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2020011426
Ref: Viking Technologies, LLC v. Assurant

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t