UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:20-cv-00357-JRG

Name of party requesting extension: Assurant, Inc.

Is this the first application for extension of time in this case?

☐ Yes
☑ No

If no, please indicate which application this represents:

☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/10/2020

Number of days requested:
☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 01/15/2021  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Brady Cox

State Bar No.: 24074084

Firm Name: Alston & Bird LLP

Address: 2200 Ross Avenue
Suite 2300
Dallas, TX 75201

Phone: (214) 922-3400

Fax:  (214) 922-3899

Email: brady.cox@alston.com

A certificate of conference does not need to be filed with this unopposed application.