IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00357-JRG |
| | § | (LEAD CASE) |
| ASSURANT, INC., ET AL. | § | |
| | § | |
| CLOVER TECHNLOGIES GROUP, LLC, ET AL. | § | CIVIL ACTION NO.  2:20-CV-00359-JRG |
| | § | (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Viking Technologies, LLC's ("Viking") Unopposed Motion for Leave to File A Sur-Reply in Excess of the Page Limit (the "Motion for Leave"). (Dkt. No. 61). In the same, Viking seeks leave to file a sur-reply brief in opposition to Defendants Clover Technologies Group, LLC, Clover Wireless, LLC, Valu Tech Outsourcing, LLC, Teleplan Holdings USA, Inc., Teleplan Service Logistics, Inc., and Teleplan Services Texas, Inc.'s Motion to Transfer Venue, and in the Alternative, Motion to Dismiss for Improper Venue (the "Venue Motion") (Dkt. No. 42) in excess of the page limit established by the Local Rules. Having considered the Motion for Leave, and noting it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Viking has leave to file a seven (7) page sur-reply brief on the Venue Motion.

**So Ordered this**

**Mar 9, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE