## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC  <br><br>Plaintiff,  <br>v. | § § § § § | |
| ASSURANT, INC. | § § § | Case No. 2:20-cv-00357-JRG  <br>LEAD CASE |
| ASURION, LLC, ET AL | § § | Case No. 2:20-cv-00358-JRG |
| CLOVER TECHNOLOGIES GROUP, LLC, ET AL  <br><br>Defendants | § § | Case No. 2:20-cv-00359-JRG |

## **NOTICE OF COMPLIANCE**

Defendants Asurion, LLC and uBreakiFix Co. hereby notify the Court that they have complied with the Court's Discovery Order (Dkt. No. 71), by serving its Initial Disclosures on counsel for Plaintiffs via electronic mail on April 5, 2021.

DATED April 5, 2021                                   Respectfully submitted,

By: */s/ Melissa R. Smith*
Mark E. Ferguson
Michael J. Valaik
Amy R. Gore
BARTLIT BECK LLP
54 West Hubbard St., Suite 300
Chicago, IL 60654
(312) 494-4400
mark.ferguson@bartlitbeck.com
michael.valaik@bartlitbeck.com
amy.gore@bartlitbeck.com

Melissa Richards Smith
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served this 5th day of April, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

2