FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| VIKING TECHNOLOGIES, LLC<br><br>Plaintiff,<br>v.<br>ASSURANT, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:20-cv-00357-JRG<br>LEAD CASE |
|---|---|---|
| ASURION, LLC, ET AL | §<br>§ | Case No. 2:20-cv-00358-JRG |
| CLOVER TECHNOLOGIES GROUP, LLC, ET AL<br><br>Defendants | §<br>§ | Case No. 2:20-cv-00359-JRG |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Docket Control Order [Dkt. 73], Defendants Broadtech, LLC, CWork Solutions, LP, The Signal LP, Signal GP, LLC, MMICPR, LLC, Asurion, LLC, uBreakiFix Co., Clover Technologies Group, LLC, Clover Wireless, LLC, Valu Tech Outsourcing, LLC, Teleplan Holdings USA, Inc., Teleplan Service Logistics, Inc., and Teleplan Services Texas, Inc. file this notice to show that they submitted their technical tutorial to the Court via hand delivery on May 18, 2021. A copy has been served via electronic mail on Plaintiff's counsel of record.

DATED May 18, 2021

Respectfully submitted,

By: */s/ Melissa R. Smith*
Mark E. Ferguson
Michael J. Valaik
Amy R. Gore
BARTLIT BECK LLP
54 West Hubbard St., Suite 300
Chicago, IL 60654
(312) 494-4400

mark.ferguson@bartlitbeck.com
michael.valaik@bartlitbeck.com
amy.gore@bartlitbeck.com

Melissa Richards Smith
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Asurion, LLC and uBreakiFix Co.*

*/s/Michael C. Deane*
Brady Cox (TX Bar # 24074084)
Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: brady.cox@alston.com
adam.ahnhut@alston.com

Keith E. Broyles (Ga Bar # 90,152)
Michael C. Deane (Ga Bar # 498195)
Thomas F. Finch (Ga Bar # 637008)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Tel: 404.881.7000
Fax: 404.881.7777
Email: keith.broyles@alston.com
michael.deane@alston.com
thomas.finch@alston.com

*Attorneys for Broadtech, LLC; CWork Solutions, LP; The Signal, L.P.; Signal GP, LLC; and MMI-CPR, LLC*

*/s/Eric W. Pinker*
Eric W. Pinker
Email: epinker@lynnllp.com
Mark Turk

        Email: mturk@lynnllp.com
        Patrick Disbennett
        Email: pdisbennett@lynnllp.com
        Rebecca L. Adams
        Email: radams@lynnllp.com
        Lynn Pinker Hurst & Schwegmann, LLP
        2100 Ross Avenue, Suite 2700
        Dallas, Texas 75201
        Telephone: (214) 981-3800
        Facsimile: (214) 981-3839

*Attorneys for Clover Technologies Group, LLC; Clover Wireless, LLC, Valu Tech Outsourcing, LLC; Teleplan Holdings USA, Inc.; Teleplan Service Logistics, Inc.; and Teleplan Services Texas, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of May, 2021.

        */s/ Melissa R. Smith*
        Melissa R. Smith