## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00357-JRG |
| | § | (LEAD CASE) |
| ASSURANT, INC., ET AL. | § | |
| | § | |
| | § | |
| ASURION, LLC, ET AL. | § | CIVIL ACTION NO. 2:20-CV-00358-JRG |
| | § | (MEMBER CASE) |

## ORDER

Before the Court is Plaintiff Viking Technologies, LLC ("Viking") and Defendant uBreakiFix Co.'s ("uBreakiFix") Joint Stipulation of Dismissal ("Stipulation"). (Dkt. No. 99). In the same, Viking and uBreakiFix stipulate to dismiss all claims asserted by Viking against uBreakiFix without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the Stipulation, the Court is of the opinion that it should be **ACCEPTED AND ACKNOWLEDGED**. Accordingly, the Court **RECOGNIZES** that all claims asserted against uBreakiFix in Member Case No. 2:20-cv-358-JRG are **DISMISSED WITHOUT PREJUDICE**.

**So Ordered this**

**Jun 8, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE