# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00357-JRG (LEAD CASE) |
| ASSURANT, INC., ET AL. | § § § | |
| ASURION, LLC, ET AL. | § § § | CIVIL ACTION NO. 2:20-CV-00358-JRG (MEMBER CASE) |
| CLOVER TECHNOLOGIES GROUP, LLC, ET AL. | § § § § | CIVIL ACTION NO. 4:21-CV-00474-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

The Court previously appointed Mr. Donald E. Tiller as the Court's technical advisor in the above-captioned matter, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 96). The Court is now in receipt of Mr. Tiller's invoice for services through June 21, 2021 in the amount of **$14,945.00**. It is hereby **ORDERED** that the parties shall promptly pay Mr. Tiller within **thirty (30) days** of this Order as follows:

    Plaintiff:          **$7,472.50**

    <u>Defendants:       **$7,472.50**</u>

    TOTAL:        **$14,945.00**

Defendants are hereby **ORDERED** to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Tiller on behalf of all Defendants in this consolidated action.

**So ORDERED and SIGNED this 25th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE