**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VIKING TECHNOLOGIES, LLC<br><br>     Plaintiff,<br><br>v. | |
| BROADTECH, LLC, ET AL | Case No. 2:20-cv-00357-JRG<br>LEAD CASE |
| ASURION, LLC, ET AL | Case No. 2:20-cv-00358-JRG |
| CLOVER TECHNOLOGIES GROUP, LLC, ET AL<br><br>     Defendants. | Case No. 4:21-cv-00474-JRG |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Viking Technologies, LLC ("Viking") and Defendants Broadtech, LLC, CWork Solutions, LP, The Signal LP, Signal GP, LLC, and MMI-CPR, LLC ("Parties") have settled, in principle, this matter between the Parties. Accordingly, the Parties jointly move the Court to stay the above-captioned case ("Case No. 2:20-cv-00357-JRG"), including any and all deadlines on the Court's Docket Control Order, for thirty (30) days in which to finalize the long-form settlement agreement.

Respectfully submitted this 29th day of September, 2021.

*/s/ John F. Petrsoric*
Mark S. Raskin
John F. Petrsoric
Michael S. DeVincenzo
Elizabeth Long

*/s/ Michael C. Deane*
Brady Cox (TX Bar # 24074084)
Adam Ahnhut (TX Bar # 24106983)
ALSTON & BIRD LLP
Chase Tower

KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com
michael.devincenzo@us.kwm.com
elizabeth.long@us.kwm.com

*Of Counsel:*
Charles Everingham IV
Texas State Bar No. 00787447
E-mail: ce@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Viking Technologies, LLC*

2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email:  brady.cox@alston.com
          adam.ahnhut@alston.com

Keith E. Broyles (Ga Bar # 90,152)
Matthew W. Howell (Ga Bar #607080)
Michael C. Deane (Ga Bar # 498195)
Thomas F. Finch (Ga Bar # 637008)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Tel:  404.881.7000
Fax:  404.881.7777
Email: keith.broyles@alston.com
          michael.deane@alston.com
          thomas.finch@alston.com

*Attorneys for Defendants Broadtech, LLC,*
*CWork Solutions, LP, The Signal LP,*
*Signal GP, LLC, and MMI-CPR, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 29, 2021.

By:   */s/ Michael C. Deane*
Michael C. Deane

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for Defendants certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and are filing this notice jointly.

By:   */s/ Michael C. Deane*
Michael C. Deane