IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIKING TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00357-JRG |
| | § | (LEAD CASE) |
| BROADTECH, LLC, ET AL. | § | |
| | § | |
| ASURION, LLC, ET AL. | § | CIVIL ACTION NO. 2:20-CV-00358-JRG |
| | § | (MEMBER CASE) |
| CLOVER TECHNLOGIES GROUP, LLC, ET AL. | § | CIVIL ACTION NO. 4:21-CV-00474-JRG |
| | § | (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Continue Stay of All Deadlines (the "Motion") filed by Plaintiff Viking Technologies, LLC and Defendants Broadtech, LLC, CWork Solutions, LP, The Signal LP, Signal GP, LLC, and MMI-CPR, LLC (collectively, the "Parties"). (Dkt. No. 137). In the Motion, the Parties state that they have finalized a long-form settlement agreement but need additional time to execute the agreement and complete payment.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case between the Parties are **STAYED** for fifteen (15) days from the date of this Order, during which time appropriate dismissal papers are to be filed with the Court. This Order only impacts the aforementioned Parties. All deadlines relating to the remaining parties remain unchanged. The remaining parties are instructed to continue filing all pleadings in the LEAD CASE.

2

So ORDERED and SIGNED this 2nd day of November, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE