# EXHIBIT E

| | |
|---|---|
| **From:** | Petrsoric, John (US) |
| **To:** | Michael Valaik |
| **Cc:** | Long, Elizabeth (US); Mark Ferguson; Katherine Rhoades; Amy Gore; DeVincenzo, Michael (US) |
| **Subject:** | RE: Viking v. Asurion |
| **Date:** | Friday, September 24, 2021 4:37:54 PM |

Mike –

Thanks for reaching out.  ==We've reviewed the asserted claims and have determined that we can withdraw claims 9 and 10 of U.S. Patent No. 10,220,537 from assertion against Asurion.  With that, Viking maintains assertion of claims 1 & 4 of U.S. Patent No. 8,888,953 and claims 1, 4 & 8 of U.S. Patent No. 10,220,537.==

Please let me know if you have any questions.

Thanks much,
John

---

**From:** Michael Valaik <michael.valaik@bartlitbeck.com>
**Sent:** Monday, September 20, 2021 7:55 PM
**To:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>
**Cc:** Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; Mark Ferguson <mark.ferguson@bartlitbeck.com>; Katherine Rhoades <katherine.rhoades@bartlitbeck.com>; Amy Gore <amy.gore@bartlitbeck.com>
**Subject:** Viking v. Asurion

Dear John,

As the close of fact discovery and the deadline for opening expert reports approaches, I am writing concerning the patent claims that Viking has asserted against Asurion.

We realize that Viking served its infringement contentions before the substantial production of Asurion documents, and the several depositions of Asurion personnel, describing in detail Asurion's delamination methods.  But by now, we believe Viking should have a much better appreciation of the processes that Asurion has (and has not) used over the relevant time period.  We assume that Viking has used this information to consider the basis, if any, for each of Viking's initial claims of infringement.

Before we incur the substantial cost of preparing expert reports on each and every one of the claims asserted in Viking's January 6, 2021 disclosure, we would ask that you let us know by Friday, September 24, whether Viking is still asserting all those claims.

Best,

Mike

**BartlitBeck** LLP

Michael J. Valaik | p: 312.494.4403 | c: 630.988.3751 | Michael.Valaik@BartlitBeck.com | Courthouse Place, 54 West

Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.