IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| VIKING TECHNOLOGIES, LLC | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § | |
| ASSURANT, INC. | § § § | Case No. 2:20-cv-00357-JRG<br>LEAD CASE |
| ASURION, LLC, ET AL | § § | Case No. 2:20-cv-00358-JRG |
| CLOVER TECHNOLOGIES GROUP, LLC, ET AL | § § | Case No. 2:20-cv-00359-JRG |
| Defendants | | |

## NOTICE OF COMPLIANCE

Defendant Asurion, LLC hereby notifies the Court that it has complied with the Court's Third Amended Docket Control Order (Dkt. No. 134), by serving its Pretrial Disclosures on counsel for Plaintiff via electronic mail on December 6, 2021.

| | |
|---|---|
| DATED December 7, 2021 | Respectfully submitted,<br><br>By: */s/ Melissa R. Smith*<br>Mark E. Ferguson<br>Michael J. Valaik<br>Amy R. Gore<br>BARTLIT BECK LLP<br>54 West Hubbard St., Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>mark.ferguson@bartlitbeck.com<br>michael.valaik@bartlitbeck.com<br>amy.gore@bartlitbeck.com<br><br>Melissa Richards Smith<br>GILLAM & SMITH LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>(903) 934-8450<br>melissa@gillamsmithlaw.com<br><br>***Attorneys for Asurion, LLC*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served this 7th day of December, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith